IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SALMA JARID PERAZA PULIDO,<br><br>                Defendant. | 8:25CR115<br><br>ORDER |

In accordance with the status conference held on September 23, 2025, as to Defendant, Salma Jarid Peraza Pulido, (Filing No. 82), the parties' joint oral motion is granted. Accordingly,

IT IS ORDERED:

1) The parties' Joint Oral Motion to Continue the Status Conference, (Filing No. 82), is granted.

2) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on October 14, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3) A telephonic status conference with counsel will be held before the undersigned magistrate judge at 10:30 a.m. on October 14, 2025. Counsel for the parties shall use the conferencing instructions provided by the Court to participate in the call.

Dated this 23rd day of September, 2025.

                                                                  BY THE COURT:

                                                                  s/ Michael D. Nelson
                                                                  United States Magistrate Judge