# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | **8:25CR115** |
| vs. | |
| **SALMA JARID PERAZA PULIDO,** | **ORDER** |
| **Defendant.** | |

The defendant has filed a Motion to Suppress and Request for Hearing (Filing No. 102). Accordingly,

**IT IS ORDERED:**

1. On or before **April 1, 2026**, the government shall file its brief in opposition to the defendant's motion.  See NECrimR 12.3(c).

2. On or before **April 8, 2026**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **April 15, 2026**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **April 29, 2026, at 11:00 AM**  Conferencing instructions are located at Filing No. 76.

5. The trial scheduled for March 30, 2026, is cancelled.

Dated this 18th day of March, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge